| | |
|---|---|
| FRANCISCO ALVAREZ; and MARTHA L. ALVAREZ, <br><br> Plaintiffs, <br><br> vs. <br><br> WELLS FARGO BANK, N.A.; NBS DEFAULT SERVICES, LLC, DOES 1 THRU 10, <br><br> Defendants | CASE NO.: 2:16-cv-09570-R-JEM <br><br> **JUDGMENT** <br><br> *[The Honorable Manuel L. Real]* |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

On August 14, 2017, the Court issued an Order (Dkt. 28) granting the Motion to Dismiss of Defendant WELLS FARGO BANK, N.A., successor by merger with Wells Fargo Bank Southwest, N.A., f/k/a Wachovia Mortgage, FSB, f/k/a World Savings Bank, FSB ("Wells Fargo") to the First Amended Complaint. Accordingly:

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED:**

1. The First Amended Complaint is hereby dismissed as to Wells Fargo,

1 without leave to amend;

2     2.     Judgment is entered in favor of defendant Wells Fargo and against plaintiffs Francisco Alvarez and Martha L. Alvarez on the First Amended Complaint and all causes of action alleged therein;

    3.     Plaintiffs shall take and recover nothing in this action from defendant Wells Fargo; and

    4.     As the prevailing party, Wells Fargo shall be entitled to file motions to tax costs and for attorneys' fees.

**IT IS SO ORDERED.**

DATED: August 31, 2017

HONORABLE MANUEL L. REAL
UNITED STATES DISTRICT JUDGE