# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | CV-16-9570-R | Date | September 29, 2017 |
| Title | Martha L. Alvarez v. Wells Fargo Bank, N.A., et al. | | |

| | |
|---|---|
| Present: The Honorable | MANUEL L. REAL, UNITED STATES DISTRICT JUDGE |
| Christine Chung | None |
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not present | Not present |

**Proceedings:** **(IN CHAMBERS): ORDER CLOSING CASE**

Plaintiff was ordered to show cause in writing by not later than August 14, 2017 why this action should not be dismissed for lack of prosecution as to the remaining Defendant, NBS Default Services LLC. The period elapsed without any action by plaintiff. The Court further notes that NBS Default Services LLC. is a nominal party in this case and there are no remaining defendants in this case. Therefore, this matter is hereby dismissed as to NBS Default Services LLC. and this case is now closed.

**IT IS SO ORDERED.**

                 :    00

Initials of Preparer    CCH